UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PALMA RASMUSSEN,**

            **Plaintiff,**

**-vs-**         Case No. 6:07-cv-1091-Orl-19UAM

**CENTRAL FLORIDA COUNCIL BOY
SCOUTS OF AMERICA, INC.,**

            **Defendant.**

_____

# ORDER

This case comes before the Court on the Unopposed Motion of Plaintiff to Stay the Filing of a Case Management Report (Doc. No. 41, filed Jan. 4, 2008). Pursuant to Local Rule 3.05(c)(2)(B), counsel for all parties are required to meet within sixty days after service or the first appearance of any defendant for the purpose of preparing a case management report. The parties are required to submit the report within fourteen days after the meeting.

Plaintiff has asked the Court to stay this requirement until the Court rules on Defendant's Motion for Summary Judgment (Doc. No. 25, filed Dec. 21, 2007). Plaintiff reasons that the resolution of Defendant's motion for summary judgment may significantly change the nature of the case and the resulting time-line for discovery. Ordinarily, the pendency of an undecided motion does not stay the requirements of Local Rule 3.05(c)(2). However, in appropriate circumstances, parties may request the Court to stay the requirement of filing a case management report. Plaintiff's request makes sense in this case because several of Plaintiff's claims appear to be pled as alternative theories of recovery. Moreover, there is no showing of prejudice to the Defendant or any reason to believe that Plaintiff is acting vexatiously.

Accordingly, the Court extends the deadline established by Local Rule 3.05(c)(B) as follows:

1.  Unless the case is otherwise concluded, the Parties shall meet for the for the purpose of preparing a case management report within **ten (10) days** after the Court rules on Defendant's Motion for Summary Judgment (Doc. No. 25.)

2.  The Case Management Report must be **filed within fourteen (14) days** after the meeting.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 7, 2008.

*[signature]*

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record