# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PALMA RASMUSSEN,

    Plaintiff,

vs.                                               CASE NO. 6:07-CV-1091-ORL-19GJK

CENTRAL FLORIDA COUNCIL BOY
SCOUTS OF AMERICA, INC.,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 169, filed January 6, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 169) is **ADOPTED and AFFIRMED.** The Clerk of Court for the Middle District of Florida shall notify the Eleventh Circuit Court of Appeals by copy of this Order that Jonathan Lee Riches has failed to respond to the Court's orders requiring him to provide an affidavit specifying when his Notice of Appeal was delivered to authorities.

**DONE AND ORDERED** at Orlando, Florida, this   22nd   day of January, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Eleventh Circuit Court of Appeals
Counsel of Record
Unrepresented Party
Courtroom Deputy